Argued and submitted September 9, judgment modified; affirmed as modified
October 1, 2003

STATE OF OREGON,
DEPARTMENT OF HUMAN RESOURCES,
on behalf of the State of California,
*Appellant,*

*and*

Cynthia LEWIS,
*Obligee,*

*v.*

Randy FARDEN,
*Respondent.*

00-3200; A117932

77 P3d 640

Judy C. Lucas, Assistant Attorney General, argued the cause for appellant. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

No appearance for respondent.

Before Edmonds, Presiding Judge, and Armstrong and Schuman, Judges.

PER CURIAM

Judgment modified by deleting findings 3 and 4 and the final paragraph; affirmed as modified. *State of Oregon DCS v. Anderson,* 189 Or App 162, 74 P3d 1149 (2003).